IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RHEA DRUGSTORE, INC.,**                                                                PLAINTIFF
Individually and on behalf
of all others similarly situated

v.                                    No. 4:15-cv-54-DPM

**PRODIGY DIABETES CARE, LLC**                                         DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice based on the parties' stipulation.

_____
D.P. Marshall Jr.
United States District Judge

27 July 2015